UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Gary A. Falcone and | : | Case No. 19-70601-JAD |
| Tina L. Falcone, | : | |
|     Debtors, | : | Chapter 13 |
| | : | |
| Gary A. Falcone and | : | Document No. |
| Tina L. Falcone, | : | |
|     Movants, | : | |
| v. | : | |
| | : | |
| Wells Fargo Bank, National | : | |
| Association, | : | |
|     Respondent | : | |

NOTICE OF HEARING WITH RESPONSE DEADLINE
ON OBJECTION TO THE CLAIM OF THE
WELLS FARGO BANK, NATIONAL ASSOCIATION(Claim No. 3)

TO THE RESPONDENT(S):

    You are hereby notified that the above Movants seeks an order affecting your rights or property.

    You are further notified to file with the Clerk and serve upon the undersigned attorney for Movants a response to the motion no later than November 29, 2019, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov.  If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

    You should take this to your lawyer at once.

      A hearing will be held on December 13, 2019, at 11:00 A.M. before Judge Deller in Courtroom B, First Floor Penn Traffic Building, 319 Washington Street, Johnstown, Pennsylvania 15901. Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date of Service: October 21, 2019

/s/Michael N Vaporis_____
Michael N. Vaporis (46333)
Kayden & Vaporis, LLC
26 South Sixth Street
Indiana, PA 15701
(724) 465-5653
Attorneys for the Movants