**\*FILING FEE PAID\*** ✓ Yes ___ No

## MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
## AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: __Falcone_____ JAD

Case Number: __19-70601__

Date of Meeting: __10/25/19__   Recording # __24__

Debtor(s) present ✓ or Not Present ___ ( ___ No Payments Made or ✓ partial payments)

Attorney for debtor(s) __Vaports_____ (Present ✓ or Not Present ___)

Date of Plan at § 341: __9/16/19__ Applicable commitment period ✓ 3 yrs ___ 5 yrs

[FILED 2019 OCT 29 P 2:19 — CLERK, U.S. BANKRUPTCY COURT, PITTSBURGH]

Con't for confirmation
from toxin
bodies / own
all returns
filed
2018
&
Before

___ Meeting HELD and CONCLUDED
✓ Meeting HELD but CONTINUED (not closed)
___ Meeting NOT HELD

___ Order to Show Cause Requested
___ To be rescheduled by Clerk

✓ Confirmation Order recommended ___ Final ✓ Interim
___ Amended Plan due: _____; Objections due: _____

___ Trustee recommends dismissal of the case (Debtor consents)
___ Trustee recommends dismissal of the case (Debtor does not consent)*
___ Trustee recommends dismissal of the case (Debtor has no defense)
___ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
✓ Continued to:
    ✓ 341 Meeting   OR ___ Conciliation Conf. OR ___ *Contested Hearing
On __3/26/20__ at __2:30__ am/pm Location _____

_____
Chapter 13 Trustee/Attorney for Trustee