IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| GARY A. FALCONE and : | Bankruptcy No. 19-70601-JAD |
| TINA L. FALCONE, : | |
| : | Chapter 13 |
| Debtor(s). : | |
| : | Doc. # 29 |
| GARY A. FALCONE and : | |
| TINA L. FALCONE, : | |
| : | |
| Movant(s), : | Related To Doc. # 21 |
| vs. : | |
| PENNSYLVANIA DEPARTMENT OF : | |
| REVENUE, : | |
| Respondent(s). : | |
| x | |

## ORDER

AND NOW, this **22nd** day of **November**, **2019**, it appears to the Court that the movant has filed at Doc. #29 a *Withdrawal of Objection To Claim Number 2* in the above-captioned bankruptcy case.

It is hereby **ordered** that Doc. # 21 is denied as withdrawn.

It is further **ordered** that the hearing scheduled on Doc. #21 - *Objection To Claim Number 2* for December 13, 2019, at 11:00 AM in Courtroom B, Penn Traffic Building, 319 Washington Street, Johnstown, Pennsylvania 15901 is hereby CANCELLED.

JEFFERY A. DELLER        sjk
U.S. Bankruptcy Judge

CASE ADMINISTRATOR TO MAIL:
    Parties In Interest

FILED
11/22/19 1:25 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

00026315

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Gary A. Falcone
Tina L. Falcone
    Debtors

Case No. 19-70601-JAD
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-7     User: aala     Page 1 of 1     Date Rcvd: Nov 22, 2019
                      Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 24, 2019.
db/jdb     +Gary A. Falcone,    Tina L. Falcone,    225 Evans Ave.,    Blairsville, PA 15717-1066

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15128301      E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 23 2019 03:17:02
         Pennsylvania Department of Revenue,    Department 280946,    Harrisburg, PA 17128-0946
                                                                                                        TOTAL: 1

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2019                                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2019 at the address(es) listed below:
         James Warmbrodt    on behalf of Creditor    CSMC 2019-JR1 Trust bkgroup@kmllawgroup.com
         Jerome B. Blank    on behalf of Creditor    Wells Fargo Bank, National Association, et.al. pawb@fedphe.com
         Jill Locnikar    on behalf of Creditor    United States of America Department of the Treasury, Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;Marla.Kirkland@usdoj.gov
         Jodi L. Hause    on behalf of Creditor    Wells Fargo Bank, National Association, et.al. jodi.hause@phelanhallinan.com, pawb@fedphe.com
         Michael N. Vaporis    on behalf of Joint Debtor Tina L. Falcone mvaporis@comcast.net, jlcerovich@comcast.net
         Michael N. Vaporis    on behalf of Debtor Gary A. Falcone mvaporis@comcast.net, jlcerovich@comcast.net
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                          TOTAL: 8