IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
Gary A. Falcone
Tina L. Falcone
          Debtors.

BK. No. 19-70601-JAD

Chapter No. 13

Related to Doc. Nos. 22 & 23
and 32

Gary A. Falcone
Tina L. Falcone
          Movants,
v.

Wells Fargo Bank, National Association,
          Respondent.

## ORDER

AND NOW, this __27th__ day of __November__, 2019, upon consideration of the Motion for Extension of Time to File Response to Debtor's Objection to Proof of Claim by Wells Fargo Bank, National Association (Claim 3-1) ("Motion"), filed by Respondent, Wells Fargo Bank, National Association ("Respondent"), and response to same, and the record as a whole, IT IS HEREBY ORDERED: The Motion is GRANTED;

Respondent shall have an additional fourteen (14) days to respond to the Debtors' Objection to Proof of Claim or until December 13, 2019.

IT IS FURTHER ORDERED that the hearing on the Debtor's Objection to Proof of Claim is rescheduled to __January 22, 2020__, 2019 at __10:00__ a.m.

_____
JEFFERY A. DELLER
U.S. BANKRUPTCY JUDGE

FILED
11/27/19 1:13 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Gary A. Falcone
Tina L. Falcone
    Debtors

Case No. 19-70601-JAD
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7     User: bsil     Page 1 of 1     Date Rcvd: Nov 27, 2019
                     Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 29, 2019.
db/jdb        +Gary A. Falcone,    Tina L. Falcone,    225 Evans Ave.,    Blairsville, PA 15717-1066

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                             TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2019                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 27, 2019 at the address(es) listed below:
       James Warmbrodt    on behalf of Creditor    CSMC 2019-JR1 Trust bkgroup@kmllawgroup.com
       Jerome B. Blank    on behalf of Creditor    Wells Fargo Bank, National Association, et.al.
        pawb@fedphe.com
       Jill Locnikar    on behalf of Creditor    United States of America Department of the Treasury,
        Internal Revenue Service jill.locnikar@usdoj.gov,
        patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;Marla.Kirkland@usdoj.gov
       Jodi L. Hause    on behalf of Creditor    Wells Fargo Bank, National Association, et.al.
        jodi.hause@phelanhallinan.com,   pawb@fedphe.com
       Michael N. Vaporis    on behalf of Debtor Gary A. Falcone mvaporis@comcast.net,
        jlcerovich@comcast.net
       Michael N. Vaporis    on behalf of Joint Debtor Tina L. Falcone mvaporis@comcast.net,
        jlcerovich@comcast.net
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                  TOTAL: 8