# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## Proceeding Memo

**Conciliation Conference:**

- **Debtor:** GARY A. & TINA L. FALCONE
- **Case Number:** 19-70601-JAD       **Chapter:** 13
- **Date / Time / Room:** WEDNESDAY, JANUARY 22, 2020 10:00 AM   COURTROOM B
- **Bankruptcy Judge:** JEFFERY A. DELLER
- **Courtroom Clerk:** SCOTT KOZAR
- **Reporter / ECR:** N/A

**Matter:**

Objection To Proof of Claim #3 [of Wells Fargo Bank, N.A.] filed by Debtors
- Response Filed 12/13/2019 by Wells Fargo Bank @ Doc. #35 [Due 12/13/2019]
- Order Entered 11/27/2019 Rescheduling Hearing to 1/22/2020 and Response Date to 12/13/2019 @ Doc. #33
R / M #:  22 / 0

**Appearances:**

TRUSTEE: WINNECOUR / PAIL / KATZ / DESIMONE
DEBTOR(S): Michael N. Vaporis, Esq.
CREDITOR: Jodi L. Hause, ~~Esq.~~

**Proceedings:**

___ Motion is GRANTED  /  DENIED
_____ Special Type Of Order: _____
✓ CONTINUE MATTER:
  ✓ For At Least  70  Days (Court To Issue Scheduling Order)
  _____ To Hearing Date Of _____ at _____ AM/PM at
  _____ To Conciliation Conference For _____ at
         _____ AM/PM at _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
  _____ Evidentiary Hearing On Value And Cram-Down Interest
  _____ Complex / Pretrial Order - NONJURY  /  JURY
  _____ Simple / Pretrial Order - NONJURY  /  JURY
  _____ Parties To Undertake Discovery - Discovery Period: _____ days
_____ SETTLEMENT STIPULATION IS DUE _____
_____ OTHER:

FILED
1/24/20 9:57 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
U.S. Bankruptcy Judge