UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Gary A. Falcone and | : | Case No. 19-70601-JAD |
| Tina L. Falcone, | : | |
|     Debtors, | : | Chapter 13 |
| | : | |
| Gary A. Falcone and | : | Document No. |
| Tina L. Falcone, | : | |
|     Movants, | : | Hearing: March 6, 2020 |
| v. | : | |
| | : | Related to: Docs. 22, 38 and 39 |
| Wells Fargo Bank, National | : | |
| Association, | : | |
|     Respondent | : | |

ORDER OF COURT

And now, this __21st__ day of February, 2020, the Movants having withdrawn their objection to the original proof of claim filed by the Respondent, it is hereby

ORDERED, that the hearing scheduled in this matter for March 6, 2020, at 10 a.m. is cancelled.

FILED
2/21/20 11:21 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_____ sjk
Jeffery A. Deller
U.S. Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Gary A. Falcone
Tina L. Falcone
    Debtors

Case No. 19-70601-JAD
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7      User: bsil      Page 1 of 1      Date Rcvd: Feb 21, 2020
                        Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 23, 2020.
db/jdb        +Gary A. Falcone,   Tina L. Falcone,   225 Evans Ave.,   Blairsville, PA 15717-1066

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2020                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 21, 2020 at the address(es) listed below:
        James Warmbrodt   on behalf of Creditor   CSMC 2019-JR1 Trust bkgroup@kmllawgroup.com
        Jerome B. Blank   on behalf of Creditor   Wells Fargo Bank, National Association, et.al.
         pawb@fedphe.com
        Jill Locnikar   on behalf of Creditor   United States of America Department of the Treasury,
         Internal Revenue Service jill.locnikar@usdoj.gov,
         patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;Marla.Kirkland@usdoj.gov
        Jodi L. Hause   on behalf of Creditor   Wells Fargo Bank, National Association, et.al.
         jodi.hause@phelanhallinan.com,  pawb@fedphe.com
        Michael N. Vaporis   on behalf of Debtor Gary A. Falcone mvaporis@comcast.net,
         jlcerovich@comcast.net
        Michael N. Vaporis   on behalf of Joint Debtor Tina L. Falcone mvaporis@comcast.net,
         jlcerovich@comcast.net
        Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
        S. James Wallace   on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
         srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                                                                                  TOTAL: 9