**Form RSC2 (Reschedule Conciliation/COD)**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Gary A. Falcone**
**Tina L. Falcone**
  Debtor(s)

Bankruptcy Case No.: 19–70601–JAD
Chapter: 13

## ORDER

The conciliation or certificate of default to dismiss case hearing currently scheduled for **March 26, 2020**, is postponed until further notice. Once a new date and time are chosen for the rescheduled hearing, a Notice will be issued. Please contact the Chapter 13 Trustee, Ronda J. Winnecour at Meetings@chapter13trusteewdpa.com with questions or concerns.

Dated: March 20, 2020

cm: Debtor(s) and/or Debtor(s)' counsel

Jeffery A. Deller
United States Bankruptcy Judge

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                                      Case No. 19-70601-JAD
Gary A. Falcone                                                             Chapter 13
Tina L. Falcone
         Debtors
                                    CERTIFICATE OF NOTICE
District/off: 0315-7          User: llea                   Page 1 of 2                  Date Rcvd: Mar 20, 2020
                              Form ID: RSCcon              Total Noticed: 17


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 22, 2020.
db/jdb         +Gary A. Falcone,    Tina L. Falcone,    225 Evans Ave.,    Blairsville, PA 15717-1066
cr             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
cr             +United States of America Department of the Treasur,     c/oOffice of U.S. Atty for W.D. of PA,
                 U.S. Post Office & Courthouse,    700 Grant Street, Suite 4000,    Pittsburgh, PA 15219,
                 U.S.A. 15219-1956
15128300        Kenya Bates, Esquire,    1617 JFK Blvd., Suite 1400,    One Penn Center Plaza,
                 Philadelphia, PA 19103
15128302       +Portfolio Recovery Associates, LLC,    c/o Apothaker,    1341 N Delaware Ave. #405,
                 Philadelphia, PA 19125-4347
15156266       +The Bank of Missouri,    PO Box 105555,   Atlanta, GA 30348-5555
15128304       +Wells Fargo Bank,    3476 Stateview Blvd.,    Fort Mill, SC 29715-7200
15140047        Wells Fargo Bank, National Association, et.al.,    Wells Fargo Bank, N.A.,
                 Default Document Processing,    MAC# N9286-01Y,    1000 Blue Gentian Road,    Eagan MN 55121-7700

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15158937        E-mail/Text: ally@ebn.phinsolutions.com Mar 21 2020 04:22:53      Ally Bank,    PO Box 130424,
                 Roseville MN 55113-0004
15128298       +E-mail/Text: ally@ebn.phinsolutions.com Mar 21 2020 04:22:53      Ally Financial,
                 PO Box 380901,    Bloomington, MN 55438-0901
15166581        E-mail/Text: jennifer.chacon@spservicing.com Mar 21 2020 04:26:26       CSMC 2019-JR1 Trust,
                 c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
15136010        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 21 2020 04:19:34
                 Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                 Charlotte, NC 28272-1083
15128299        E-mail/Text: sbse.cio.bnc.mail@irs.gov Mar 21 2020 04:23:11      Internal Revenue Service,
                 PO Box 7346,   Philadelphia, PA 19101-7346
15159393       +E-mail/Text: bankruptcydpt@mcmcg.com Mar 21 2020 04:24:30      Midland Funding LLC,
                 PO Box 2011,   Warren, MI 48090-2011
15128301        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 21 2020 04:24:10
                 Pennsylvania Department of Revenue,    Department 280946,    Harrisburg, PA 17128-0946
15128303        E-mail/Text: jennifer.chacon@spservicing.com Mar 21 2020 04:26:26
                 Select Portfolio Servicing,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
15162074        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 21 2020 04:33:23      Verizon,
                 by American InfoSource as agent,    PO Box 4457,    Houston, TX 77210-4457
                                                                                               TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             CSMC 2019-JR1 Trust
cr             Wells Fargo Bank, National Association, et.al.
                                                                                          TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 20, 2020 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    CSMC 2019-JR1 Trust bkgroup@kmllawgroup.com
              Jerome B. Blank    on behalf of Creditor    Wells Fargo Bank, National Association, et.al.
               pawb@fedphe.com
              Jill Locnikar    on behalf of Creditor    United States of America Department of the Treasury,
               Internal Revenue Service jill.locnikar@usdoj.gov,
               patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;Marla.Kirkland@usdoj.gov
```

```
District/off: 0315-7           User: llea                Page 2 of 2                  Date Rcvd: Mar 20, 2020
                               Form ID: RSCcon           Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Jodi L. Hause    on behalf of Creditor   Wells Fargo Bank, National Association, et.al. jodi.hause@phelanhallinan.com, pawb@fedphe.com
          Michael N. Vaporis    on behalf of Debtor Gary A. Falcone mvaporis@comcast.net, jlcerovich@comcast.net
          Michael N. Vaporis    on behalf of Joint Debtor Tina L. Falcone mvaporis@comcast.net, jlcerovich@comcast.net
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

                                                                                                                                            TOTAL: 9