# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Gary A. Falcone and Tina L. Falcone, | : | Case No. 19-70601-JAD |
| | : | |
| Debtors | : | Chapter 13 |
| | : | |

## Notice of Conversion of Case

Now come the Debtors and pursuant to Section 1307 of the Bankruptcy Code hereby give notice of the conversion of this Case to Chapter 7.

Respectfully submitted,

/s/Michael N. Vaporis
Michael N. Vaporis (46333)
Kayden & Vaporis, LLC
26 South Sixth Street
Indiana, Pennsylvania 15701
(724) 465-5653
Attorney for Debtors