Form 143

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Gary A. Falcone**
**Tina L. Falcone**
Debtor(s)

Bankruptcy Case No.: 19−70601−JAD

Chapter: 7
Docket No.: 78 − 77

## NOTICE OF TERMINATED TRUSTEE OR ATTORNEY

    Ronda J. Winnecour has been removed as trustee from this case and will not receive any future notifications.

    The docket for this case should be reviewed to determine the reason for removal and for any other information that may be important.

Dated: June 25, 2021

Michael R. Rhodes
Clerk

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-70601-JAD |
| Gary A. Falcone | Chapter 7 |
| Tina L. Falcone | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: bsil | Page 1 of 2 |
| Date Rcvd: Jun 25, 2021 | Form ID: 143 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| tr | + | Ronda J. Winnecour, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA 15219-2702 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2021        Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor CSMC 2019-JR1 Trust bnicholas@kmllawgroup.com |
| Eric E. Bononi | bankruptcy@bononilaw.com pa69@ecfcbis.com |
| Jerome B. Blank | on behalf of Creditor Wells Fargo Bank  National Association, et.al. pawb@fedphe.com |
| Jill Locnikar | on behalf of Creditor United States of America Department of the Treasury  Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov |
| Maria Miksich | on behalf of Creditor CSMC 2019-JR1 Trust mmiksich@kmllawgroup.com |
| Michael N. Vaporis | |

| | | |
|---|---|---|
| District/off: 0315-7 | User: bsil | Page 2 of 2 |
| Date Rcvd: Jun 25, 2021 | Form ID: 143 | Total Noticed: 1 |

Michael N. Vaporis
    on behalf of Debtor Gary A. Falcone mvaporis@comcast.net jlcerovich@comcast.net

    on behalf of Joint Debtor Tina L. Falcone mvaporis@comcast.net jlcerovich@comcast.net

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Thomas Song
    on behalf of Creditor Specialized Loan Servicing LLC pawb@fedphe.com

Thomas Song
    on behalf of Creditor Wells Fargo Bank National Association, et.al. pawb@fedphe.com

TOTAL: 12