IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>GARY A. FALCONE, and<br>TINA L. FALCONE,<br>      Debtor,<br><br>SPECIALIZED LOAN SERVICING, LLC AS SERVICING AGENT FOR WELLS FARGO BANK, NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO WELLS FARGO BANK MINNESOTA, NATIONAL ASSOCIATION, F/K/A NORWEST BANK MINNESOTA, NATIONAL ASSOCIATION AS TRUSTEE FOR FIRST UNION HOME EQUITY LOAN TRUST 1997-3, HOME EQUITY LOAN ASSET-BACKED CERTIFICATES, SERIES 1997-3,<br>      Movant,<br><br>   v.<br><br>GARY A. FALCONE,<br>TINA L. FALCONE, and<br>ERIC E. BONONI, Trustee,<br>      Respondents. | Bankruptcy No.  19-70601-JAD<br><br>Chapter 7<br><br>Doc. No. |

## CERTIFICATE OF SERVICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND NOTICE OF ZOOM HEARING AND RESPONSE DEADLINE

     I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on July 16, 2021.

     The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  first-class mail, electronic notification.

     If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

SERVICE BY FIRST CLASS MAIL

| | |
|---|---|
| Gary A. Falcone<br>Tina L. Falcone<br>225 Evans Ave.<br>Blairsville, PA 15717 | Eric E. Bononi<br>20 North Pennsylvania Avenue<br>Greensburg, PA 15601 |

SERVICE BY ELECTRONIC NOTIFICATION

Katrina M. Kayden
Kayden & Vaporis, LLC
26 South Sixth Street
Indiana, PA 15701

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Executed by: July 16, 2021

Respectfully submitted,

BERNSTEIN-BURKLEY, P.C.

By: /s/*Keri P. Ebeck*
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@bernsteinlaw.com
707 Grant Street
Suite 2200, Gulf Tower
Pittsburgh, PA 15219
Phone - (412) 456-8112
Fax - (412) 456-8135

*Counsel for Specialized Loan Servicing, LLC, as Servicing Agent for Wells Fargo Bank, National Association, Successor by Merger to Wells Fargo Bank Minnesota, National Association, f/k/a Norwest Bank Minnesota, National Association as Trustee for First Union Home Equity Loan Trust 1997-3, Home Equity Loan Asset-Backed Certificates, Series 1997-3*