**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>   GARY A. FALCONE<br>   TINA L. FALCONE<br>         Debtor(s)<br><br>   Ronda J. Winnecour<br>         Movant<br>         vs.<br>   No Respondents. | Case No.:19-70601 JAD<br><br><br>Document No.: |

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 09/25/2019 and confirmed on 10/30/2019 . The case was subsequently     (D)
CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 38,115.00 |
| Less Refunds to Debtor | 3,371.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 34,744.00 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 1,809.88 | |
|    Trustee Fee | 2,133.14 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,943.02 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|    CSMC 2019-JR1 TRUST | 8,179.02 | 8,179.02 | 0.00 | 8,179.02 |
|       Acct: 4060 | | | | |
|    SPECIALIZED LOAN SERVICING LLC - AGN | 17,453.10 | 17,453.10 | 0.00 | 17,453.10 |
|       Acct: 3727 | | | | |
|    SPECIALIZED LOAN SERVICING LLC - AGN | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 3727 | | | | |
|    CSMC 2019-JR1 TRUST | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 4060 | | | | |
|    PA DEPARTMENT OF REVENUE* | 885.78 | 0.00 | 0.00 | 0.00 |
|       Acct: 2271 | | | | |
|    ALLY BANK(*) | 18,434.75 | 3,285.89 | 1,882.97 | 5,168.86 |
|       Acct: 7683 | | | | |
|    ALLY BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 7683 | | | | |
| | | | | 30,800.98 |
| Priority | | | | |
|    MICHAEL N VAPORIS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| GARY A. FALCONE<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| GARY A. FALCONE<br>Acct: | 3,371.00 | 3,371.00 | 0.00 | 0.00 |
| LAW OFFICE OF MICHAEL N VAPORIS<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| MICHAEL N VAPORIS ESQ<br>Acct: | 2,000.00 | 1,809.88 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE*<br>Acct: 8266 | 6,626.31 | 0.00 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE*<br>Acct: 8266 | 0.00 | 0.00 | 0.00 | 0.00 |
| | \*\*\*NONE\*\*\* | | | |
| **Unsecured** | | | | |
| INTERNAL REVENUE SERVICE*<br>Acct: 8266 | 27,081.19 | 0.00 | 0.00 | 0.00 |
| PRA AG FUNDING LLC<br>Acct: 2006 | 0.00 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA) NA BY AMERIC<br>Acct: 3974 | 1,522.40 | 0.00 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE*<br>Acct: 8266 | 494.88 | 0.00 | 0.00 | 0.00 |
| THE BANK OF MISSOURI D/B/A FORTIVA<br>Acct: 5157 | 1,391.07 | 0.00 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC<br>Acct: 9458 | 745.99 | 0.00 | 0.00 | 0.00 |
| VERIZON BY AMERICAN INFOSOURCE AS<br>Acct: 0001 | 62.07 | 0.00 | 0.00 | 0.00 |
| PHELAN HALLINAN DIAMOND & JONES LLI<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| KML LAW GROUP PC*<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| S JAMES WALLACE ESQ**<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| AIS PORTFOLIO SERVICES (AMERICAN IN<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | \*\*\*NONE\*\*\* | | | |

TOTAL PAID TO CREDITORS                                                              30,800.98

TOTAL CLAIMED
PRIORITY            6,626.31
SECURED            44,952.65
UNSECURED          31.297.60

Date: 07/27/2021                                                /s/ Ronda J. Winnecour

                                                                RONDA J WINNECOUR PA ID #30399
                                                                CHAPTER 13 TRUSTEE WD PA
                                                                600 GRANT STREET
                                                                SUITE 3250 US STEEL TWR
                                                                PITTSBURGH, PA  15219
                                                                (412) 471-5566
                                                                cmecf@chapter13trusteewdpa.com