UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: : | |
| Gary A. Falcone and : | Case No. 19-70601-JAD |
| Tina L. Falcone, : | |
| Debtors, : | Chapter 7 |
| : | Related to Document No. 77 |

Notice of Compliance

Now come the Debtors, by and through their attorneys, and pursuant to the Court's Order of June 25, 2021 (Document No. 77), and Bankruptcy Rules 1019 & 1007, the Debtors give notice of their compliance with the Court's Order, and the Bankruptcy Rules, as follows.

1.    The Debtors' attorney has served a copy of the Court's Order converting this case to a Chapter 7 (Document No. 77), on all creditors, and has filed a certificate of service (Document No. 88).

2.    There was no wage attachment in this case because Debtor, Gary Falcone, is disabled, and Debtor, Tina L. Falcone, is self-employed.

3.    There have been no additional debts incurred since the initial filing.

4.    All statements and schedules required by Bankruptcy Rules 1019(1)(A) and 1007(b) were originally filed in the Chapter 13 case, except that the Debtors have recently filed a statement of intention (on July 6, 2021; Doc. 84), and Debtors have amended the following schedules: A (with regard to value of the property), C, E, F, and G.

5.    A statement of intention as required by 11 U.S.C. 521(a)(2), Bankruptcy Rule 1019(1)(B) and conforming to Official Form 108 was filed on July 6, 2021; Doc. 84.

8a. There was no property acquired after the commencement of the Chapter 13 case, but before the conversion.

b. There are no unpaid debts not listed in the Chapter 13 Trustee's final report.

c. There <u>was</u> an executory contract or unexpired lease entered into or assumed after the commencement of the Chapter 13 case, but before the entry of the conversion Order:   A Standard Agreement for the Sale of Real Estate was entered into on May 23, 2021, and has been disclosed on the Amended Schedule G.

Respectfully submitted,

/s/Katrina M. Kayden
Michael N. Vaporis (46333)
Katrina M. Kayden (204563)
Kayden & Vaporis, LLC
26 South Sixth Street
Indiana, Pennsylvania 15701
(724) 465-5653
Attorneys for the Debtors