IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No.  19-70601-JAD |
| Gary A. Falcone and Tina L. Falcone, | : | Chapter  7 |
| Debtor | : | |
| | : | |
| | : | Related to Document No. |
| Movant | : | 109 |
| Gary A. Falcone and Tina L. Falcone, | : | |
| v. | : | Hearing Date and Time: |
| | : | |
| No Respondent, | : | |
| Respondent (if none, then "No Respondent") | : | |

**CERTIFICATE OF SERVICE OF**
Sales Agreement

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on (date) ___8/25/2021 and 8/26/2021_____.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: _____electronic notification_____.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON:  __8/26/2021_____

By:    ___/s/Katrina M Kayden_____
Signature
___Katrina M. Kayden_____
Typed Name
___26 South 6th St., Indiana, PA 15701_____
Address
___724-465-5653_____
Phone No.
___204563 PA_____
List Bar I.D. and State of Admission

Service by electronic notification on 8/26/2021
Office of the United States Trustee, ustpregiion03.pi.ecf@usdoj.gov
Eric E. Bonini, bankruptcy@bononilaw.com, pa69@ecfcbis.com


Service by electronic notification on 8/25/2021
Eric Bononi, bankruptcy@cononilaw.com


**PAWB Local Form 7 (07/13)**