IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Gary A. Falcone and Tina L. Falcone,<br>    Debtor(s)<br><br>Eric E. Bononi, Trustee,<br>    Movant<br>                   v.<br>Gary A. Falcone and Tina L. Falcone,<br>    Respondent(s) | Bankruptcy No. 19-70601-JAD<br><br>Chapter 7<br><br>Related to Document No. 112, 113<br><br>Hearing Date & Time: Tuesday, September 28, 2021 at 10:00 AM |

**CERTIFICATE OF NO OBJECTION OF TRUSTEE'S
APPLICATION TO EMPLOY HIS OWN ATTORNEY
AT DOCKET NUMBER 112**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application to Employ filed on September 1, 2021 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application to Employ appears thereon. Pursuant to the Notice of Hearing, objections to the Application to Employ were to be filed and served no later than September 21, 2021.

It is hereby respectfully requested that the Order attached to the Application to Employ be entered by the Court.

DATE: September 22, 2021

Prepared by:
Eric E. Bononi, Esq.

Respectfully submitted,

*/s/ Eric E. Bononi*
Eric E. Bononi, Esquire
20 N. Pennsylvania Ave, Suite 201
Greensburg, PA  15601-2337
bankruptcy@bononilaw.com
(724) 832-2499
PA ID# 44730

**PAWB Local Form 25 (07/13)**