IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Gary A. Falcone and Tina L. Falcone,<br>    Debtor(s) | Bankruptcy No. 19-70601-JAD<br><br>Chapter 7 |
| Eric E. Bononi, Trustee,<br>    Movant | Related to Document No. 122 |
| v. | |
| Gary A. Falcone, Tina L. Falcone, Vitaliy P. Siguta, Vera Aleksandrovna Siguta, Specialized Loan Servicing, LLC as Servicing Agent for Wells Fargo Bank, NA, CSMC 2019-JR1 Trust c/o Select Portfolio Servicing, Inc., Pennsylvania Department of Revenue, and Internal Revenue Service,<br>    Respondent(s) | Hearing Date & Time: Friday, November 12, 2021 at 11:00 AM |

**NOTICE OF HEARING WITH RESPONSE DEADLINE ON
TRUSTEE'S MOTION TO SELL PROPERTY FREE AND DIVESTED OF LIENS AND ENCUMBRANCES**

TO THE RESPONDENT(S):

    You are hereby notified that the Movant seeks an order affecting your rights or property.

    You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than Thursday, November 04, 2021, in accordance with the Federal Rules Of Bankruptcy Procedure, Local Rules And Procedures of this Court, and the procedure of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held.  Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

    You should take this Notice and the Motion to a lawyer at once.

    A Zoom Video Conference hearing will be held on Friday, November 12, 2021 at 11:00 AM before Honorable Jeffery A. Deller via the Zoom Video Conference Application ("Zoom").  To participate in and join a Zoom Hearing, please initiate and use the following link at least ten (10) minutes prior to the scheduled Zoom Hearing time: https://www.zoomgov.com/j/16009283473, or alternatively, you may use the following Meeting ID: 160 0928 3473. All participants are required to appear by Zoom and must comply with the *Notice of Temporary Modification of Procedures Before the Honorable Jeffery A. Deller For Matters Scheduled On or After January 1, 2021* ("Judge Deller's Zoom Procedures"), which can be found on the Court's website at http://www.pawb.uscourts.gov/content/judge-jeffery-deller. Persons without video conferencing capabilities must immediately contact Chambers staff at (412) 644-4710 to make alternative arrangements. Absent emergency circumstances, such arrangements must be made no later than three (3) business days prior to the hearing.

    All persons are reminded that pursuant to the Court's Notice and Order, and as set forth in Judge Deller's Zoom Procedures, the public's recording or duplication of any audio or video of the hearing is strictly prohibited.

    Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Respectfully submitted,

DATE OF SERVICE: October 14, 2021

*/s/ Eric E. Bononi*
Eric E. Bononi, Esquire
20 N. Pennsylvania Ave, Suite 201
Greensburg, PA  15601-2337
bankruptcy@bononilaw.com
(724) 832-2499
PA ID# 44730