IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No. 19-70601-JAD |
| GARY A. FALCONE and<br>TINA L. FALCONE, | Chapter 7 |
| Debtor(s). | |
| ERIC E. BONONI, TRUSTEE, | |
| Movant(s), | |
| v. | Related to Doc. No. 122 |
| GARY A. FALCONE, TINA L. FALCONE, VITALIY P. SIGUTA, VERA ALEKSANDROVNA SIGUTA, SPECIALIZED LOAN SERVICING, LLC as SERVICING AGENT FOR WELLS FARGO BANK, N.A., CSMC 2019-JR1 TRUST c/o SELECT PROTFOLIO SERVICING, INC., PENNSYLVANIA DEPT. OF REVENUE and INTERNAL REVENUE SERVICE, | |
| Respondent(s). | |

## ORDER

**AND NOW**, this **15th** day of **October**, **2021**, whereas the Motion To Sell Property Free and Divested of Liens and Encumbrances (Doc. No. 122) is scheduled for hearing on **November 12, 2021**, at **11:00 AM** (the "Sale Hearing"), and whereas hearings are to be held using the Zoom Video Conference Application ("Zoom") at this time pursuant to Standing Order 20-204 and the *Notice of Temporary Modification of Procedures Before the Honorable Jeffery A.*

1

*Deller for Matters Scheduled On or After January 1, 2021,*[1] it is hereby **ORDERED, ADJUDGED,** and **DECREED** that:

1. Counsel for the Movant(s) shall contact the original offeror and any known, potential bidders who may be interested in bidding at the Sale Hearing to: (1) advise that the hearing will be held by Zoom; and (2) provide them with the information necessary to connect and participate in the hearing through Zoom as set forth in more detail in the attached Notice to Bidders.[2]

2. **At least two business days before the Sale Hearing,** Counsel for Movant(s) shall file a certification with the Court confirming that the information was provided in compliance with this Order. Counsel is **not** required to disclose the identities of the parties contacted.

Dated: October 15, 2021

_____
The Honorable Jeffery A. Deller
United States Bankruptcy Judge

FILED
10/15/21 9:01 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

---

[1] Please note that the Standing Order and the *Notice of Temporary Modification of Procedures Before the Honorable Jeffery A. Deller for Matters Scheduled On or After January 1, 2021* are available on the Court's website.

[2] The Notice to Bidders is designed to be posted at the Court to advise bidders of the Zoom video conference procedures in the event they did not receive advance notice. The Court understands that Counsel for Movant(s) may not know the identities of all interested bidders; however, to the extent possible, all interested parties should be contacted to avoid confusion and/or interruption of the Sale Hearing.

# <u>NOTICE TO BIDDERS</u>

If you are present to bid at a sale hearing scheduled to be held in Courtroom D before The Honorable Jeffery A. Deller, please comply with the Zoom Video Conferencing procedures outlined below as all hearings are to be held by video conference until further notice.

- To participate in the sale hearing you must install the Zoom Video Conferencing Application ("Zoom") on your smartphone/tablet or install Zoom software on a Windows or Mac laptop/desktop.

- To access the Zoom sale hearing, using the device on which Zoom has been installed, go to: https://www.zoomgov.com/j/16009283473, or alternatively, you may use the following Zoom Meeting ID: 160 0928 3473. You will be placed into a virtual "Waiting Room" until admitted into the hearing by the meeting host. To ensure you are admitted timely, please connect no later than ten (10) minutes prior to the scheduled sale hearing time.

For additional information, including how to install Zoom, please consult the *Notice of Temporary Modification of Procedures Before The Honorable Jeffery A. Deller for Matters Scheduled On or After January 1, 2021* located on the Court's website at http://www.pawb.uscourts.gov/content/judge-jeffery-deller.

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Gary A. Falcone  
Tina L. Falcone  
    Debtors

Case No. 19-70601-JAD  
Chapter 7

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: bsil | Page 1 of 2 |
| Date Rcvd: Oct 15, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 17, 2021:**

**Recip ID**    **Recipient Name and Address**  
db/jdb    + Gary A. Falcone, Tina L. Falcone, 225 Evans Ave., Blairsville, PA 15717-1066

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2021    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2021 at the address(es) listed below:

**Name**    **Email Address**

Brian Nicholas  
    on behalf of Creditor CSMC 2019-JR1 Trust bnicholas@kmllawgroup.com

Eric E. Bononi  
    bankruptcy@bononilaw.com pa69@ecfcbis.com

Eric E. Bononi  
    on behalf of Trustee Eric E. Bononi bankruptcy@bononilaw.com pa69@ecfcbis.com

Jerome B. Blank  
    on behalf of Creditor Wells Fargo Bank National Association, et.al. pawb@fedphe.com

Jill Locnikar  
    on behalf of Creditor United States of America Department of the Treasury Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

| | | |
|---|---|---|
| District/off: 0315-7 | User: bsil | Page 2 of 2 |
| Date Rcvd: Oct 15, 2021 | Form ID: pdf900 | Total Noticed: 1 |

Katrina M. Kayden
    on behalf of Joint Debtor Tina L. Falcone kkayden@comcast.net jcerovich26@gmail.com

Katrina M. Kayden
    on behalf of Debtor Gary A. Falcone kkayden@comcast.net jcerovich26@gmail.com

Keri P. Ebeck
    on behalf of Creditor Specialized Loan Servicing LLC, as Servicing Agent for Wells Fargo Bank, National Association, Successor by Merger to Wells Fargo Bank Minnesota, National Association, f/k/a Norwest Bank Minnesota, N kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

Maria Miksich
    on behalf of Creditor CSMC 2019-JR1 Trust mmiksich@kmllawgroup.com

Michael N. Vaporis
    on behalf of Debtor Gary A. Falcone mvaporis@comcast.net jlcerovich@comcast.net

Michael N. Vaporis
    on behalf of Joint Debtor Tina L. Falcone mvaporis@comcast.net jlcerovich@comcast.net

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Thomas Song
    on behalf of Creditor Specialized Loan Servicing LLC pawb@fedphe.com

Thomas Song
    on behalf of Creditor Wells Fargo Bank National Association, et.al. pawb@fedphe.com

TOTAL: 15