IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Gary A. Falcone and Tina L. Falcone,<br>    Debtor(s) | Bankruptcy No. 19-70601-JAD<br><br>Chapter 7 |
| Eric E. Bononi, Trustee,<br>    Movant | Related to Document No. 126 |
| v. | |
| Gary A. Falcone, Tina L. Falcone, Vitaliy P. Siguta, and, Vera Aleksandrovna Siguta,<br><br>    Respondent(s) | Hearing Date & Time: Friday, November 12, 2021 at 11:00 AM |

## CERTIFICATE OF SERVICE OF JUDGE DELLER'S
## SUPPLEMENTAL ORDER AND NOTICE TO BIDDERS

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below and on the attached list on October 19, 2021

The type(s) of service made on the parties was: First-Class Mail.

**Service by First-Class Mail:**

VITALIY P. AND VERA ALEKSANDROVNA SIGUTA
PO BOX 73164
DUNBAR, WV 25064

R. SCOTT BOYER
RE/MAX PREMIER REALTORS
267 STOYSTOWN ROAD
SOMERSET, PA 15501

AND ALL PARTIES AND CREDITORS LISTED ON THE CLERK'S OFFICE MAILING MATRIX

EXECUTED ON:  October 19, 2021

By:    */s/ Eric E. Bononi*
Eric E. Bononi, Esquire
20 N. Pennsylvania Ave, Suite 201
Greensburg, PA  15601-2337
bankruptcy@bononilaw.com
(724) 832-2499
PA ID# 44730