IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Gary A. Falcone and Tina L. Falcone,<br>    Debtor(s) | Bankruptcy No. 19-70601-JAD |
| Eric E. Bononi, Trustee for the Bankruptcy Estate of Gary A. Falcone and Tina L. Falcone,<br>    Movant | Chapter 7 |
| | Related to Document No. 119 |
| v.<br>Gary A. Falcone, Tina L. Falcone, R. Scott Boyer and RE/MAX Premier, Realtors,<br>    Respondent(s) | Hearing Date & Time: Tuesday, October 26, 2021 at 10:00 AM |

**CERTIFICATE OF NO OBJECTION OF TRUSTEE'S
APPLICATION TO EMPLOY REALTOR
AT DOCKET NUMBER 119**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Trustee's Application to Employ Realtor filed on September 28, 2021 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Trustee's Application to Employ Realtor appears thereon. Pursuant to the Notice of Hearing, objections to the Trustee's Application to Employ Realtor were to be filed and served no later than October 19, 2021.

It is hereby respectfully requested that the Order attached to the Trustee's Application to Employ Realtor be entered by the Court.

DATE: October 20, 2021

Prepared by:
Eric E. Bononi, Esq.

Respectfully submitted,

*/s/ Eric E. Bononi*
Eric E. Bononi, Esquire
20 N. Pennsylvania Ave, Suite 201
Greensburg, PA  15601-2337
bankruptcy@bononilaw.com
(724) 832-2499
PA ID# 44730

PAWB Local Form 25 (07/13)