IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Gary A. Falcone and Tina L. Falcone<br>    Debtor<br><br>Eric E. Bononi, Trustee for the Bankruptcy Estate of<br>Gary A. Falcone and Tina L. Falcone<br>    Trustee/Movant<br><br>            v.<br><br>Gary A. Falcone, Tina L. Falcone, R. Scott Boyer and<br>RE/MAX Premier, Realtors,<br>    Respondents | Bankruptcy No.: 19-70601-JAD<br><br>Chapter 7<br><br><br>Related to Doc. #119<br><br><br>**DEFAULT O/E JAD** |

## ORDER APPROVING RETENTION OF REALTOR/BROKER

**AND NOW**, this __21st__ day of __October__, 20__21__, upon Consideration of the *Motion by Trustee to Employ Real Estate Agent*, it is **ORDERED, ADJUDGED and DECREED**, as follows:

1. The above referenced Application is hereby approved as of the date the Application was filed.

2. R. Scott Boyer and RE/MAX Premier, Realtors, 267 Stoystown Road, Somerset, PA 15501 is hereby appointed, as of the date of filing the *Motion*, as **Realtor** for the Debtor in this bankruptcy proceeding pursuant to the terms described in the Listing Agreement attached to the *Motion* for the purpose of acting as the Movants agent in connection with the sale of real estate known as 225 Evans Ave., Blairsville, PA 15717. A realtor commission in the amount of six percent (6%) of the gross purchase price plus $100 transaction fee or a $3,000.00 minimum for the sale is tentatively approved, subject to final Court order.

3. Professional persons or entities performing services in the above case are advised that approval of fees for professional services will be based on other factors as well, including results accomplished, the time and labor reasonably required by the professional to perform the task(s) involved, the customary fee for similar services, the time limitations imposed by the retention or the circumstances encountered while performing the services, the relationship of the services, if any, to the ultimate bid amount for the subject property, and the extent and nature of awards in similar cases.

4. Approval of any motion for appointment of a professional in which certain fees are requested for various identified professionals is not an agreement by the Court to allow such fees at the requested hourly rates, and is not a preapproval of compensation pursuant to *11 U.S.C. §328(a)*. Final compensation, awarded only after notice and hearing, may be more or less than the requested amount based on application of the above criteria.

5. *Applicant shall serve the within Order on all interested parties and file a certificate of service.*

JEFFERY A. DELLER        sjk
UNITED STATES BANKRUPTCY JUDGE

cc:    **Trustee**
    **Debtor**
    **Counsel**
    **Realtor/Broker**
    **Office of the U.S. Trustee**

FILED
10/21/21 11:52 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 19-70601-JAD
Gary A. Falcone  Chapter 7
Tina L. Falcone
    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0315-7 | User: bsil | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 21, 2021 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gary A. Falcone, Tina L. Falcone, 225 Evans Ave., Blairsville, PA 15717-1066 |
| r | | R. Scott Boyer, RE/MAX Premier, Realtors, 267 Stoystown Road, PO Box 428, Somerset, PA 15501-0428 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 23, 2021    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor CSMC 2019-JR1 Trust bnicholas@kmllawgroup.com |
| Eric E. Bononi | bankruptcy@bononilaw.com pa69@ecfcbis.com |
| Eric E. Bononi | on behalf of Trustee Eric E. Bononi bankruptcy@bononilaw.com pa69@ecfcbis.com |
| Jerome B. Blank | on behalf of Creditor Wells Fargo Bank National Association, et.al. pawb@fedphe.com |
| Jill Locnikar | on behalf of Creditor United States of America Department of the Treasury Internal Revenue Service jill.locnikar@usdoj.gov, |

District/off: 0315-7     User: bsil     Page 2 of 2
Date Rcvd: Oct 21, 2021     Form ID: pdf900     Total Noticed: 2

patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Katrina M. Kayden
    on behalf of Joint Debtor Tina L. Falcone kkayden@comcast.net jcerovich26@gmail.com

Katrina M. Kayden
    on behalf of Debtor Gary A. Falcone kkayden@comcast.net jcerovich26@gmail.com

Keri P. Ebeck
    on behalf of Creditor Specialized Loan Servicing LLC, as Servicing Agent for Wells Fargo Bank, National Association, Successor by Merger to Wells Fargo Bank Minnesota, National Association, f/k/a Norwest Bank Minnesota, N kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

Maria Miksich
    on behalf of Creditor CSMC 2019-JR1 Trust mmiksich@kmllawgroup.com

Michael N. Vaporis
    on behalf of Debtor Gary A. Falcone mvaporis@comcast.net jlcerovich@comcast.net

Michael N. Vaporis
    on behalf of Joint Debtor Tina L. Falcone mvaporis@comcast.net jlcerovich@comcast.net

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Thomas Song
    on behalf of Creditor Specialized Loan Servicing LLC pawb@fedphe.com

Thomas Song
    on behalf of Creditor Wells Fargo Bank National Association, et.al. pawb@fedphe.com

TOTAL: 15