IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br> Gary A. Falcone and Tina L. Falcone ,<br>    Debtor(s) | Bankruptcy No. 19-70601-JAD |
| Eric E. Bononi, Trustee,<br>    Movant<br>                v.<br> Gary A. Falcone, Tina L. Falcone, Vitaliy P. Siguta, Vera Aleksandrovna Siguta, Specialized Loan Servicing, LLC as Servicing Agent for Wells Fargo Bank, NA, CSMC 2019-JR1 Trust c/o Select Portfolio Servicing, Inc., Pennsylvania Department of Revenue, and Internal Revenue Service ,<br>    Respondent(s) | Chapter 7<br><br>Document No. 122, 133 |

**ORDER OF COURT**

AND NOW, this _____ day of _____, 20_____, upon consideration of the Trustee's Motion to Withdraw, it is hereby ORDERED, ADJUDGED and DECREED that the Motion to Sell Property Free and Clear of Liens under Section 363(f) at Doc. 122 is hereby WITHDRAWN.

BY THE COURT:

_____
JEFFERY A. DELLER
UNITED STATES BANKRUPTCY JUDGE