IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br> Gary A. Falcone and Tina L. Falcone,<br>    Debtor(s)<br><br>Eric E. Bononi, Trustee,<br>    Movant<br>              v.<br>Gary A. Falcone, Tina L. Falcone, Vitaliy P. Siguta, Vera Aleksandrovna Siguta, Specialized Loan Servicing, LLC as Servicing Agent for Wells Fargo Bank, NA, CSMC 2019-JR1 Trust c/o Select Portfolio Servicing, Inc., Pennsylvania Department of Revenue, and Internal Revenue Service,<br>    Respondent(s) | Bankruptcy No. 19-70601-JAD<br><br>Chapter 7<br>   Related to<br>Document No. 122, 133 and 138 |

**ORDER OF COURT**

AND NOW, this __26th__ day of _____October_____, 20__21__, upon consideration of the Trustee's Motion to Withdraw, it is hereby ORDERED, ADJUDGED and DECREED that the Motion to Sell Property Free and Clear of Liens under Section 363(f) at Doc. 122 is hereby WITHDRAWN.

IT IS FURTHER ORDERED that the hearings on ECF #122 and #133 scheduled for 11/12/2021 are HEREBY CANCELLED.

BY THE COURT:

_____sjk_____
JEFFERY A. DELLER
UNITED STATES BANKRUPTCY JUDGE

FILED
10/26/21 10:08 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-70601-JAD |
| Gary A. Falcone | Chapter 7 |
| Tina L. Falcone | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: bsil | Page 1 of 2 |
| Date Rcvd: Oct 26, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gary A. Falcone, Tina L. Falcone, 225 Evans Ave., Blairsville, PA 15717-1066 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 28, 2021          Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor CSMC 2019-JR1 Trust bnicholas@kmllawgroup.com |
| Eric E. Bononi | bankruptcy@bononilaw.com pa69@ecfcbis.com |
| Eric E. Bononi | on behalf of Trustee Eric E. Bononi bankruptcy@bononilaw.com pa69@ecfcbis.com |
| Jerome B. Blank | on behalf of Creditor Wells Fargo Bank  National Association, et.al. pawb@fedphe.com |
| Jill Locnikar | on behalf of Creditor United States of America Department of the Treasury  Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov |

| District/off: 0315-7 | User: bsil | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 26, 2021 | Form ID: pdf900 | Total Noticed: 1 |

Katrina M. Kayden
    on behalf of Joint Debtor Tina L. Falcone kkayden@comcast.net jcerovich26@gmail.com

Katrina M. Kayden
    on behalf of Debtor Gary A. Falcone kkayden@comcast.net jcerovich26@gmail.com

Keri P. Ebeck
    on behalf of Creditor Specialized Loan Servicing  LLC, as Servicing Agent for Wells Fargo Bank, National Association, Successor by Merger to Wells Fargo Bank Minnesota, National Association, f/k/a Norwest Bank Minnesota, N kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

Maria Miksich
    on behalf of Creditor CSMC 2019-JR1 Trust mmiksich@kmllawgroup.com

Michael N. Vaporis
    on behalf of Debtor Gary A. Falcone mvaporis@comcast.net jlcerovich@comcast.net

Michael N. Vaporis
    on behalf of Joint Debtor Tina L. Falcone mvaporis@comcast.net jlcerovich@comcast.net

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Thomas Song
    on behalf of Creditor Specialized Loan Servicing LLC pawb@fedphe.com

Thomas Song
    on behalf of Creditor Wells Fargo Bank  National Association, et.al. pawb@fedphe.com

TOTAL: 15